DANIEL F. FEARS, SB# 110573
JEFFREY K. BROWN, SB# 162957
LINDLEY P. FRALEY, SB# 223421
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
dff@paynefears.com

Attorneys for Defendant THE BOEING COMPANY

*Scan 926*

FILED
CLERK, U S DISTRICT COURT

MAY 1 2 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHARD P. HORA, an individual,

    Plaintiff,

vs.

THE BOEING COMPANY, a Delaware corporation,

    Defendant.

) CASE NO. CV 04-6983-GPS (JTLx)
)
) Assigned for all purposes to
) The Hon. George P. Schiavelli
)
) **STIPULATION AND ORDER TO**
) **DISMISS**
)
) Action Filed: March 3, 2004
) Trial Date:   May 15, 2005
)
)
)

**IT IS HEREBY STIPULATED** by and between Plaintiff Richard P. Hora and Defendant The Boeing Company ("Boeing"), through their respective attorneys of record, that all claims for relief in the above-captioned action brought by Hora be and hereby are dismissed in their entirety with prejudice pursuant to Federal Rule of Civil

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

LODGED

ORIGINAL

2005 MAY 10 PM 12: 03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY



DOCKETED ON CM

MAY 1 2 2005

BY _____ 007

30

1   Procedure 41(a)(1).   IT IS ALSO STIPULATED THAT each party shall

2   bear its own costs and attorneys' fees..

3

4   DATED: April 4, 2005          McCOLLOCH & CAMPITIELLO

5

6                                 By:_____

7                                       Michael T. McColloch

8                                 Attorney for Plaintiff
                                  Richard P. Hora

9   DATED: April 4, 2005          PAYNE & FEARS LLP

10

11

12                                By:_____
                                       Daniel F. Fears

13                                Attorneys for Defendant
                                  The Boeing Company

14

15

16                                IT IS SO ORDERED

17                                Dated 5/12/05

18                                _____
                                  United States District Judge

19

20

21

22

23

24

25

26

27

28

-2-

**ORDER**

     Good cause appearing, it is hereby ordered that all claims for relief in the above-captioned action brought by plaintiff Richard P. Hora against Defendant The Boeing Company be, and hereby are, dismissed in their entirety with prejudice.  Each party shall bear its own costs.

Dated:_____, 2005     _____
                                        Honorable George P. Schiavelli
                                        Judge of the United States District
                                        Court

261601 1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is Jamboree Center, 4 Park Plaza, Suite 1100, Irvine, California 92614.

On **May 10, 2005**, I served the foregoing document(s) described as **STIPULATION AND ORDER TO DISMISS** on interested parties in this action by placing true copies thereof enclosed in a sealed envelope as follows:

> Michael T. McColloch, Esq.
> McCOLLOCH & CAMPITIELLO, LLP
> 5900 La Place Court, Suite 100
> Carlsbad, CA 92008
> (760) 804-0153 FAX (760) 931-9086

(X)      **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Irvine, California.

( )      **(By Personal Service)** I caused to be delivered by hand on the interested parties in this action by placing true and correct copies thereof in envelope addressed to the office of the addressee(s) as above indicated.

( )      **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

( )      **(By Express Service)** I served a true and correct copy enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) as above indicated.

( )      **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X)      **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 10, 2005**, at Irvine, California.

Lisa N. Iwata

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100